# EXHIBIT 4



**IMPORTANT INFORMATION REGARDING YOUR DRINKING WATER**
**\*\*Lead and Copper Rule Treatment Technique Violation:**
Water Quality Parameters Monitoring Results Not Meeting Minimum Values\*\*
\*\*Lead and Copper Rule Treatment Technique Violation:
Failure to Install Corrosion Control\*\*
\*\*Long Term 1 Enhanced Surface Water Treatment Rule Treatment Technique Violation:  Exceedances of Monthly Turbidity Limits\*\*

Our water system violated drinking water standards and drinking water requirements. Although this is not an emergency, as our customers, you have a right to know what happened, what you should do, and what we are doing to correct this situation.

Water samples for March 2021 showed that 8.1% of turbidity measurements were over 0.30 turbidity units. The standard is that no more than five percent (5%) of samples may exceed 0.30 turbidity units per month. The turbidity levels are relatively low.  However, their persistence is a concern.  Normal turbidity levels at our plant are below 0.30 turbidity units. Because of these high levels of turbidity, there was an increased chance that the water may have contained disease-causing organisms. During these elevated turbidity events, the system was under a Precautionary Boil Water Notice.

We routinely sample water at consumers' taps for lead and copper. In 2015, tests showed lead levels in the distribution system water above the action level. Additionally, a routine inspection conducted in November 2016 by Mississippi State Department of Health (MSDH) found inadequate application of treatment chemicals due to a failing corrosion control system at the O. B. Curtis Water Treatment Plant. As required by Environmental Protection Agency, we were required to take action to correct this deficiency. After testing and analyses of our treatment plants and distribution system, we began installation of optimized corrosion control treatment in October 2017. This treatment helps prevent lead and copper in pipes and plumbing components from dissolving into the drinking water. During the monitoring periods of 2018, 2019, 2020, and 2021, we failed to consistently meet treatment technique requirements for our system which is a violation of the Lead and Copper Rule and a requirement of the City's Optimized Corrosion Control Plan. Corrosion control installation has been completed at O. B. Curtis Water Treatment Plant, but is incomplete at J. H. Fewell Water Treatment Plant due to a reassessment of the Optimized Corrosion Control Treatment plan. The water system will remain in violation for not installing the corrosion control treatment until installation is complete, and approved by the Mississippi State Department of Health.

**WHAT SHOULD I DO?**
You do not need to boil your water. We do not know of any contamination, and none of our testing has shown disease-causing organisms in the drinking water. If you have a severely compromised immune system, have an infant, are pregnant, or are elderly, you may be at increased risk and should seek advice from your health care providers about drinking this water. General guidelines on ways to lessen the risk of infection by microbes are available from EPA's Safe Drinking Water Hotline at 1-800-426-4791.

Although the majority of home lead testing performed identified no lead or lead below the action level set by the EPA, MSDH has issued these recommendations as a special precaution, especially for households with young children or pregnant women.  These precautions should remain in place until further notice while the City continues its efforts to make required changes to stabilize the pH levels in its water system that can cause corrosion.

- If you have specific health concerns, consult your doctor. If you have a severely compromised immune system, have an infant, are pregnant, or are elderly, you may be at increased risk and should seek advice from your health care providers about drinking this water.  General guidelines on ways to lessen the risk of infection by microbes are available from EPA's Safe Drinking Water Hotline at 1-800-426-4791.
- Before using tap water for drinking or cooking, run your tap on cold for one to two minutes.  For details, go to:
  http://www.cdc.gov/nceh/lead/tips/water.htm
- Households should never use hot water for drinking or cooking.
- Residents should clean out their faucet aerators by unscrewing the aerator at the tip of the faucet and removing any particles or sediment that has collected in the filter screen.
- Any child five years of age or younger and any pregnant woman should use filtered water http://info.nsf.org/Certified/DWTU/ or bottled water for drinking and cooking.
- Baby formula should be "ready-to-feed" or prepared using only filtered water or bottled water.
- Parents with children five (5) years or younger should contact their child's pediatrician or primary care provider to make sure that adequate lead screening and blood testing have been performed.

**WHAT DOES THIS MEAN?**
This is not an emergency.  If it had been, you would have been notified within 24 hours. Turbidity has no health effects.  However, turbidity can interfere with disinfection and provide a medium for microbial growth.  Turbidity may indicate the presence of disease-causing organisms.  These organisms include bacteria, viruses, and parasites which can cause symptoms such as nausea, cramps, diarrhea, and associated headaches.  However, we do not know of any contamination, and none of our testing has shown disease-causing organisms in the drinking water. If you experience any of these symptoms and they persist, you may want to seek medical advice.

Typically, lead and copper enter the water supply by leaching from lead or brass pipes and plumbing components.  New lead pipes and plumbing components containing lead are no longer allowed for this reason. However, many older homes may contain lead pipes.  Your water is more likely to contain high lead levels if water pipes in or leading to your home are made of lead or contain lead solder. High levels of lead and copper in drinking water is nearly always due to pipes and fittings in the plumbing. Infants and children who drink water containing lead in excess of the action level over many years could experience delays in their physical or mental development. The high level of lead in the blood is the actual reason for the delays. Children could show slight deficits in attention span and learning abilities.  Adults who drink this water over many years could develop kidney problems or high blood pressure.

**WHAT IS BEING DONE?**
- We have inspected and cleaned filters, as well as added chemicals to reduce turbidity.
- We sampled both untreated and treated water for the presence of coliform bacteria.
- We have evaluated and made corrective actions to our existing corrosion control system to stabilize the pH in the distribution system.  This evaluation and corrective actions are an ongoing process.
- We have increased monitoring of water quality parameters in the distribution system and at the treatment plants.
- The engineering consultant has completed the corrosion control studies for the water treatment plants and distribution system and the results are being evaluated.
- Optimized corrosion control treatment will be installed and operational in 2021.

For more information, please contact the City of Jackson Water Laboratory at 601-960-2723.

*"Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses).  You can do this by posting this notice in a public place or distributing copies by hand or mail."*

This notice is being sent to you by the City of Jackson PWS ID#: MS0250008.
Date distributed: May 12, 2021.