AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20,<br><br>*Defendant(s)* | Civil Action No. 3:22-cv-531-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    JERRIOT SMASH
    Former Jackson, Mississippi
    Public Works Director
    PO BOX 1055
    Jackson, MS 39215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460484.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-531-KHJ-MTP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
KISHIA POWELL
Former Jackson, Mississippi
Public Works Director
13212 Saint James Sanctuary Dr.
Bowie, MD 20720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-531-KHJ-MTP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
CHOKWE A. LUMUMBA JR., Mayor
Office of the Mayor, Jackson City Hall
219 South President Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460480.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:22-cv-531-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ROBERT MILLER
Former Jackson, Mississippi Public Works Director
Straightline Kentucky LLC
113 N Birchwood Ave,
Louisville, KY, 40206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460483.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 3:22-cv-531-KHJ-MTP |
| The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
SIEMENS CORPORATION
C/O Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20,

*Defendant(s)*

Civil Action No. 3:22-cv-531-KHJ-MTP

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
SIEMENS INDUSTRY, INC.
C/O Corporation Trust Center
645 Lakeland East Dr Ste 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-531-KHJ-MTP |
| The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
THE CITY OF JACKSON, MISSISSIPPI
c/o Municipal Clerk Angela Harris
Department of Municipal Clerk
219 South President St.
Jackson. MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460479.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 3:22-cv-531-KHJ-MTP |
| The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
TONY YARBER
Former Mayor of Jackson, Mississippi
1605 Dorgan St
Jackson, MS 39204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460481.1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Priscilla Sterling, Raine Becker, and Shawn Miller, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> The City of Jackson, Mississippi; Chokwe A. Lumumba Jr.; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; Trilogy Engineering Services LLC; and John Does 1–20, <br><br> *Defendant(s)* | Civil Action No. 3:22-cv-531-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TRILOGY ENGINEERING SERVICES LLC
C/O Corporation Trust Center
645 Lakeland East Dr Ste 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark P. Chalos, *Lead Counsel*
Lieff Cabraser Heimann & Bernstein, LLP 222 2nd Avenue South, Suite 1640 Nashville, TN 37201
mchalos@lchb.com et al.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 9/19/2022

*Signature of Clerk or Deputy Clerk*

2460487.1