Form 6 (ND/SD Miss. Dec. 2016)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Priscilla Sterling, et al.                    Plaintiff

v.                                             CIVIL ACTION NO. 3:22-cv-531

The City of Jackson, Mississippi, et al.       Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Amelia Haselkorn

Firm Name: Lieff, Cabraser, Heimann & Bernstein, LLP

Office Address: 275 Battery Street, 29th Floor

City: San Francisco   State: CA   Zip: 94111

Telephone: 415-956-1000   Fax: 415-956-1008

E-Mail: ahaselkorn@lchb.com

(B) Client(s): Priscilla Sterling, Raine Becker, Shawn Miller, John Bennett, et al.

Address: 275 Battery Street, 29th Floor

City: San Francisco   State: CA   Zip: 94111

Telephone: 415-956-1000   Fax: 415-956-1008

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

☑  State of California

☐  District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

350 McAllister Street, Room 1295, San Francisco, CA 94102
415-865-7000
www.courts.ca.gov/supremecourt

All other courts before which I have been admitted to practice:

2

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S.D.C., Central District of California | 8/5/2022 to present |
| U.S.D.C., Northern District of California | 5/16/2022 to present |
| U.S.D.C., Western District of Michigan | 5/12/2022 to present |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ● |
|   | Have you had admission pro hac vice revoked in this state? | ○ | ● |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ● |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

N/A

(I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   Yes ● No ○

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Robert L. Gibbs, Bar No. 4816

Firm Name:   Gibbs Travis PLLC

Office Address:   210 East Capitol Street, Suite 1801

City: Jackson   State: MS   Zip: 39201

Telephone: 601-487-2631   Fax: 601-366-4295

Email address: rgibbs@gibbstravis.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_9/23/2022_     _Amelia Haselkorn_
Date            Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __23rd__ day of __September__, 20__22__.

_____
Resident Attorney

# EXHIBIT A

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 19, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AMELIA ANNE HASELKORN, #339633 was admitted to the practice of law in this state by the Supreme Court of California on November 18, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records