FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Priscilla Sterling, et al.         Plaintiff

v.                                  CIVIL ACTION NO.   3:22-cv-531

The City of Jackson, Mississippi, et al.   Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Jacob H. Polin

      Firm Name:       Lieff, Cabraser, Heimann & Bernstein, LLP

      Office Address:  275 Battery Street, 29th Floor

      City:            San Francisco          State: CA      Zip: 94111

      Telephone:       415-956-1000           Fax: 415-956-1008

      E-Mail:          jpolin@lchb.com

(B)   Client(s):       Priscilla Sterling, Raine Becker, Shawn Miller, John Bennett, et al.

      Address:         275 Battery Street, 29th Floor

      City:            San Francisco          State: CA      Zip: 94111

      Telephone:       415-956-1000           Fax: 415-956-1008

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)   I am admitted to practice in the:

☑   State of California

☐   District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

350 McAllister Street, Room 1295, San Francisco, CA 94102
415-865-7000
www.courts.ca.gov/supremecourt

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S.D.C., Central District of California | 12/4/2019 to present |
| U.S.D.C., Northern District of California | 12/5/2019 to present |
| Second Circuit Court of Appeals | 7/6/2021 to present |
| Ninth Circuit Court of Appeals | 3/15/2021 to present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ● |
|  | Have you had admission pro hac vice revoked in this state? | ◯ | ● |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ● |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ● |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ●  |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

N/A

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  Yes ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  Yes ● No ○

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   Robert L. Gibbs, Bar No. 4816

Firm Name:   Gibbs Travis PLLC

Office Address:   210 East Capitol Street, Suite 1801

City: Jackson   State: MS   Zip: 39201

Telephone: 601-487-2631   Fax: 601-366-4295

Email address: rgibbs@gibbstravis.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_9/23/2022_     _____
Date             Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __23rd__ day of __September__, 20_22_.

_____
Resident Attorney

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JACOB HENRY POLIN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, JACOB HENRY POLIN #311203 was on the 1st day of December, 2016 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 16th day of September 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Mery Chang, *Senior Deputy Clerk*