FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Priscilla Sterling, et al. Plaintiff

v. CIVIL ACTION NO. 3:22-cv-531

The City of Jackson, Mississippi, et al. Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Mark P. Chalos

Firm Name: Lieff, Cabraser, Heimann & Bernstein, LLP

Office Address: 222 Second Avenue South, Suite 1640

City: Nashville State TN Zip 37201

Telephone: 615-313-9000 Fax: 615-313-9965

E-Mail: mchalos@lchb.com

(B) Client(s): Priscilla Sterling, Raine Becker, Shawn Miller, John Bennett, et al.

Address: 275 Battery Street, 29th Floor

City: San Francisco State CA Zip 94111

Telephone: 415-956-1000 Fax: 415-956-1008

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C) I am admitted to practice in the:

☑ State of Tennessee

☐ District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

511 Union Street, Suite 600, Nashville, TN 37219
615-741-2687
www.tncourts.gov/courts/supreme-court

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Supreme Court | 8/13/2012 to present |
| First Circuit Court of Appeals | 3/16/2022 to present |
| Sixth Circuit Court of Appeals | 12/23/1998 to present |
| Seventh Circuit Court of Appeals | 9/7/2012 to present |
| Ninth Circuit Court of Appeals | 8/26/2019 to present |
| U.S.D.C., Middle District of Tennessee | 2/3/2000 to present |
| U.S.D.C., Western District of Tennessee | 3/4/2002 to present |
| U.S.D.C., Eastern District of Tennessee | 4/7/2006 to present |
| U.S.D.C., Northern District of Florida | 3/14/2006 to present |
| U.S.D.C., Western District of Michigan | 6/27/2022 to present |

| | | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
| | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| N/A | | |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| N/A | |

| | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ◉ | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ◉ | ○ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number Robert L. Gibbs, Bar No. 4816

Firm Name: Gibbs Travis PLLC

Office Address: 210 East Capitol Street, Suite 1801

City: Jackson State: MS Zip: 39201

Telephone: 601-487-2631 Fax: 601-366-4295

Email address: rgibbs@gibbstravis.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

Resident Attorney

I certify that the information provided in this Application is true and correct.

9/23/2022
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 23rd day of September, 2022.

Resident Attorney

# EXHIBIT A

# *Supreme Court of Tennessee*

# *Certificate of Good Standing*

*I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

*Mark Paul Chalos*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 19, 1998, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20th day of September, 2022.*

*James M. Hivner*
*Clerk of the Supreme Court of Tennessee*

SEAL OF THE TENNESSEE JUDICIARY FIAT JUSTITIA RUAT COELUM 1796

*By:* Donna Gilmore
*Donna Gilmore, D.C.*