IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **PRISCILLA STERLING, ET AL.** | ) ) ) |
| **PLAINTIFFS,** | ) ) |
| V. | ) ) |
| **THE CITY OF JACKSON, MISSISSIPPI, ET AL.** | ) ) ) |
| **DEFENDANTS** | ) ) |

NO: 3:22-CV-531-KHJ-MTP

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Siemens Corporation and Siemens Industry, Inc. (collectively, the "Siemens Defendants"), move to extend the deadline for filing a motion, answer, or other responses to the Plaintiffs' Complaint from October 13, 2022, to November 21, 2022.

Counsel for the Siemens Defendants conferred with Counsel for the Plaintiffs, who does not oppose this motion.

The motion is made to provide the Siemens Defendants adequate time to respond to the Complaint and to allow all defendants to present their respective defenses on a common schedule, if possible.

Given the length and nature of this motion, the Siemens Defendants request that the Court waive the customary requirement of a separate memorandum brief.

Dated: October 10, 2022.

                                              Respectfully submitted,

                                              */s/ Roy D. Campbell, III*
                                              Roy D. Campbell, III
                                              Simon T. Bailey
                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                              188 E. Capitol Street, Suite 1000
                                              Jackson, MS 39215
                                              Telephone: (601) 948-8000
                                              Facsimile: (601) 948-3000
                                              rcampbell@bradley.com
                                              sbailey@bradley.com

                                              *Counsel for Defendants Siemens Corporation and Siemens Industry, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I hereby certify that on October 10, 2022, I mailed by the United States Postal Service the documents on the following:

The City of Jackson, Mississippi
c/o Municipal Clerk Angela Harris
Department of Municipal Clerk
219 South President Street
Jackson, MS 39201

Chokwe A. Lumumba Jr., Mayor
Office of the Mayor, Jackson City Hall
219 South President Street
Jackson, MS 39201

Tony Yarber
1605 Dorgan Street
Jackson, MS 39204

Kishia Powell
13212 Saint James Sanctuary Drive
Bowie, MD 20720

Robert Miller
Straightline Kentucky LLC
113 N. Birchwood Avenue
Louisville, KY 40206

Jerriot Smash
Former Jackson, Mississippi
Public Works Director
P.O. Box 1055
Jackson, MS 39215

Trilogy Engineering Services, LLC
C/O Corporation Trust Cent
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

*/s/ Roy D. Campbell, III*
OF COUNSEL