**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION**

**PRISCILLA STERLING, ET AL.**                                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 3:22-cv-531**

**THE CITY OF JACKSON, ET AL.**                                    **DEFENDANTS**

## NOTICE OF APPEARANCE

**COMES NOW**, Claire Barker, Special Assistant to the City Attorney, and enters her appearance, as one of the attorneys for the Defendant in the above styled and numbered civil action.

RESPECTFULLY submitted this the 12th day of October, 2022.

**CITY OF JACKSON, MISSISSIPPI**

By:    */s/Claire Barker*
Claire Barker, MSB # 101312
Special Assistant to the City Attorney

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Claire Barker, one of the attorneys for the Defendant, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing *Notice of Appearance* to all counsel of record.

Submitted this the 12th day of October, 2022.

*/s/ Claire Barker*
Claire Barker