## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

Priscilla Sterling, Raine Becker, Shawn
Miller, and John Bennett, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                          Civil No. 3:22-cv-531-KHP-MTP

The City of Jackson, Mississippi; Chokwe A.
Lumumba; Tony Yarber; Kishia Powell;
Robert Miller; Jerriot Smash; Siemens
Corporation; Siemens Industry, Inc.; and
Trilogy Engineering Services LLC,

    Defendants.

## **APPEARANCE OF COUNSEL**

**COMES NOW**, Larry D. Moffett, attorney with the Law Office of Larry D. Moffett, PLLC, and states he is admitted to practice in this Court, and that he enters his appearance as additional counsel of record for the Plaintiffs in this action (Priscilla Sterling, Raine Becker, Shawn Miller and John Bennett, *et al*.).

Respectfully submitted, this the 12th day of October 2022.

                                      /s/ *Larry D. Moffett*
                                      Larry D. Moffett (MSB #3401)
                                      Law Office of Larry D. Moffett, PLLC
                                      P.O. Box 1418
                                      Oxford, MS 38655
                                      662.298.4435 (Telephone)
                                      larry@larrymoffett.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be filed the foregoing Appearance of Counsel with the Clerk of this Court using the CM/ECF system, which provides notice of same to all counsel of record registered with the CM/ECF system.

This the 12th day of October 2022.

>/s/ *Larry D. Moffett*
>Larry D. Moffett (MSB #3401)