IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVIDION

**PRISCILLA STERLING, RAINE BECKER,**
**SHAWN MILLER, and JOHN BENNETT,**
Individually and on behalf of all others similarly situated                   **PLAINTIFF**

v.                            CIVIL ACTION NO.: 3:22-cv-531-KHJ-MTP

**THE CITY OF JACKSON, MISSISSIPPI;**
**CHOKWE A. LUMUMBA; TONY YARBER;**
**KISHIA POWELL; ROBERT MILLER; JARRIOT**
**SMASH; SIEMENS CORPORATION; SIEMENS**
**INDUSTRY, INC.; and, TRILOGY ENGINEERING**
**SERVICES, LLC**                                                             **DEFENDANTS**

## NOTICE OF APPEARANCE

Please take notice that D. Jason Childress, hereby enters his appearance as counsel of record for Defendant, Trilogy Engineering Services, LLC, in the above styled cause.

This the 12th day of October 2022.

                            Respectfully submitted,

                            **TRILOGY ENGINEERING SERVICES, LLC**

                    By:    /s/ D. Jason Childress
                            D. JASON CHILDRESS

**OF COUNSEL**
D. Jason Childress (MSB #103678)
**WISE CARTER CHILD & CARAWAY, P.A.**
401 E. Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205-0651
P: 601-968-5500
F: 601-968-5593
Email: djc@wisecarter.com

## **CERTIFICATE OF SERVICE**

  I, D. Jason Childress, attorney for Trilogy Engineering Services, LLC, hereby certify that I have filed the above *Notice of Appearance* with the Clerk of this Court via the ECF System, which served copies upon all counsel and parties of record.

  This the 12th day of October 2022.

              */s/ D. Jason Childress*
              D. JASON CHILDRESS