# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>The City of Jackson, Mississippi et al.,<br><br>Defendants. | Case No.: 3:22-cv-531-KHJ-MPT<br><br>Hon. Kristi H. Johnson |

_____/

DANIELS, RODRIGUEZ, BERKELEY, DANIELS & CRUZ, P.A.
Davide Macelloni
Attorney for Defendant, Trilogy Engineering Services, LLC
4000 Ponce De Leon Boulevard, Ste. 800
Coral Gables, FL 33146
(305) 448-7988
dmacelloni@drbdc-law.com
_____/

## APPEARANCE

**NOW COMES** Davide Macelloni, Esq., and hereby enters his Appearance on behalf of the Defendant, Trilogy Engineering Services, LLC, in the above matter.

Dated: October 12, 2022

                                    Respectfully submitted,

By:    */s/ Davide Macelloni*
          Davide Macelloni, Esq. (FSB No. 1010884)
          DANIELS, RODRIGUEZ, BERKELEY
          DANIELS & CRUZ, P.A.
          *Attorneys for Trilogy Engineering Services, LLC*
          4000 Ponce De Leon Blvd., Ste. 800
          Coral Gables, FL 33146
          (305) 448-7988
          dmacelloni@drbdc-law.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 12, 2022, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filing to all attorneys of record.

                                        Respectfully submitted,

By:    */s/ Davide Macelloni*
           Davide Macelloni, Esq.