THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION

**PRISCILLA STERLING, ET AL.**                                                    **PLAINTIFFS**

**VS.**                                                           **CIVIL ACTION NO.: 3:22-cv-531**

**THE CITY OF JACKSON, ET AL.**                                          **DEFENDANTS**

## ENTRY OF APPEARANCE

**COMES NOW**, Catoria Martin, City Attorney, and enters her appearance, on behalf of the City of Jackson in the above styled and numbered civil action.

RESPECTFULLY submitted this the 13th day of October, 2022.

                                                                **CITY OF JACKSON, MISSISSIPPI**

                                                                By:     **/s/Catoria Martin**
                                                                        Catoria Martin, MSB # 103938
                                                                        CITY ATTORNEY

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Catoria Martin, on behalf of the City of Jackson, do hereby certify that upon filing of the Entry of Appearance in the Court's electronic system, the clerk of the Court is anticipated to serve a true and correct copy of the above and foregoing *Entry of Appearance* to all counsel of record; therefore, a copy of the document need not be served personally.

Submitted this the 13th day of October, 2022.

/s/ Catoria Martin
Catoria Martin

Case 3:22-cv-00531-KHJ-MTP   Document 17   Filed 10/13/22   Page 3 of 3