# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-NORTHERN DIVISION

**Priscilla Sterling, Raine Becker, Shawn**                        **PLAINTIFFS**
**Miller, and John Bennett, individually and on**
**behalf of all other similarly situated.**

**VS.**                               **CIVIL ACTION NO.: 3:22-CV-531-KHJ-MTP**

**The City of Jackson, Mississippi; Chokwe A.**              **DEFENDANTS**
**Lumumba; Tony Yarber; Kishia Powell;**
**Robert Miller; Jarriot Smash; Siemens**
**Corporation; Siemens Industry, Inc.; and**
**Trilogy Engineering Services, LLC.**

## DEFENDANTS', CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

COME NOW Defendants, The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash, and move to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Complaint to November 21, 2022.

1. Counsel for The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash has conferred with counsel for the Plaintiffs, who does not oppose this motion.

2. This motion is made to provide The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash adequate time to respond to the Complaint and to allow all defendants to present their respective defenses on a common schedule, if possible.

3.      Given the length and nature of this motion, The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash request that the Court waive the customary requirement of a separate memorandum brief.

This the 26th day of October, 2022.

**THE CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH – DEFENDANTS**

By */s/ Catoria Martin*
Catoria Martin, MSB #103938
CITY ATTORNEY

OF COUNSEL:

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson MS 39207-2779
Telephone:  601.960.1799
Facsimile:  601.960.1756
cmartin@city.jackson.ms.us

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 26th day of October 2022.

*/s/ Catoria Martin*
Catoria Martin
