**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated | Case No.: 3:22-cv-531-KHJ-MTP |
| Plaintiffs, | |
| v. | |
| The City of Jackson, Mississippi et al., | |
| Defendants. | |

___

### DEFENDANT, TRILOGY ENGINEERING SERVICES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME
___

Defendant Trilogy Engineering Services, LLC ("Trilogy"), moves to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Complaint from November 21, 2022, to December 5, 2022.

Counsel for Trilogy conferred with Counsel for the Plaintiffs, who does not oppose this motion.

The motion is made to provide Trilogy adequate time to respond to the Complaint and to allow all defendants to present their respective defenses on a common schedule, if possible. The same relief was requested by, and granted to, Defendants Siemens Corporation and Siemens Industry, Inc. Trilogy is also informed that Defendant, the City of Jackson, Mississippi, will answer or otherwise respond on December 5.

Counsel for the Plaintiffs has requested up to January 16, 2023, to oppose or otherwise respond to Trilogy's motion, answer, or other response, and Trilogy does not oppose said relief.

Given the length and nature of this motion, Trilogy requests that the Court waive the customary requirement of a separate memorandum brief.

Dated: November 21, 2022.

        Respectfully submitted,

By: */s/ Davide Macelloni*
Davide Macelloni (FSB No. 1010884)
Richard G. Daniels (FSB No. 236896)
DANIELS, RODRIGUEZ, BERKELEY DANIELS & CRUZ, P.A.
*Attorneys for Trilogy Engineering Services, LLC*
4000 Ponce De Leon Blvd., Ste. 800
Coral Gables, FL 33146
(305) 448-7988
dmacelloni@drbdc-law.com

*/s/ D. Jason Childress*
D. Jason Childress (MSB No. 103678)
WISE CARTER CHILD & CARAWAY, P.A.
*Attorneys for Trilogy Engineering Services, LLC*
401 E. Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, MS 39205-0651
P: 601-968-5500
F: 601-968-5593
djc@wisecarter.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 12, 2022, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

        Respectfully submitted,

By: */s/ Davide Macelloni*
Davide Macelloni, Esq. (FSB No. 1010884)