**IN THE UNITED STATES DISTRICT COURT FOR THE**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-NORTHERN DIVISION**

**PRISCILLA STERLING, ET AL.**                                                          **PLAINTIFFS**

**V.**                                                          **CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

**DEFENDANTS', CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY**
**YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH,**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COME NOW Defendants, The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony

Yarber, Kishia Powell, Robert Miller and Jerriot Smash, and move to extend the deadline for filing

a motion, answer, or other response to Plaintiffs' Complaint to December 5, 2022.

1.      Counsel for The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber,

Kishia Powell, Robert Miller and Jerriot Smash has conferred with counsel for the Plaintiffs, who

has authorized undersigned to represent that Plaintiffs do not oppose this motion for extension of

time to December 5, 2022 to file a motion, answer or other response to Plaintiffs' complaint in this

matter.

2.      This motion is made to provide The City of Jackson, Mississippi, Chokwe A.

Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash adequate time to respond

to the Complaint and to allow all defendants to present their respective defenses on a common

schedule, if possible.

3.      Given the length and nature of this motion, The City of Jackson, Mississippi,

Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash request that

the Court waive the customary requirement of a separate memorandum brief.

WHEREFORE PREMISES CONSIDERED, Defendants City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash request the Court to enter an Order granting Defendants' Unopposed Motion for time to December 5, 2022 to answer or otherwise respond to the Complaint.

Respectfully submitted,

This the 21ˢᵗ day of November, 2022.

                                        **THE CITY OF JACKSON, MISSISSIPPI,**
                                        **CHOKWE A. LUMUMBA, TONY YARBER,**
                                        **KISHIA POWELL, ROBERT MILLER AND**
                                        **JERRIOT SMASH – DEFENDANTS**


                                        By: */s/ Catoria Martin*
                                              Catoria Martin, MSB# 103938
                                              CITY ATTORNEY

OF COUNSEL:

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 21ˢᵗ day of November, 2022.


                                        */s/ Catoria Martin*
                                              Catoria Martin