**IN THE UNITED STATES DISTRICT COURT FOR THE**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-NORTHERN DIVISION**

**PRISCILLA STERLING, ET AL.**                                                    **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                        **DEFENDANTS**

**ORDER**

THIS CAUSE having come before the Court on the Unopposed Motion of Defendants, City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash, for additional time within which to respond to Plaintiffs' Complaint; and, the Court having found that there is no objection to said Motion, finds the Motion to be well taken and therefore should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants, City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash, shall have up to and until December 5, 2022, to answer or otherwise respond to Plaintiffs' Complaint.

ORDERED, this the _____ day of _____, 2022.

_____
MAGISTRATE JUDGE

Submitted by:

Catoria Martin, Esquire (MSB# 103938)
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us