**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated | Case No.: 3:22-cv-531-KHJ-MTP |

      Plaintiffs,

v.

The City of Jackson, Mississippi et al.,

      Defendants.

___

**DEFENDANTS, TRILOGY ENGINEERING SERVICES, LLC'S, SIEMENS CORPORATION AND SIEMENS INDUSTRY, INC. JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME**
___

Defendants Trilogy Engineering Services, LLC ("Trilogy"), Siemens Corporation and Siemens Industry, Inc. (collectively, the "Siemens Defendants"), move to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Complaint from December 5, 2022, to December 12, 2022.

1. Counsel for Trilogy conferred with Counsel for the Plaintiffs, who does not oppose this motion.

2. The motion is made to provide Trilogy and Siemens Defendants adequate time to respond to the Complaint and to allow all defendants to present their respective defenses on a common schedule, if possible.

3. Counsel for the Plaintiffs has requested up to January 23, 2023, to oppose or otherwise respond to Trilogy and Siemens Defendants motion, answer, or other response, and Trilogy and Siemens Defendants do not oppose said relief.

Given the length and nature of this motion, Trilogy and Siemens Defendants requests that the Court waive the customary requirement of a separate memorandum brief.

Dated: November 28, 2022.

Respectfully submitted,

By: */s/ Davide Macelloni*
Davide Macelloni (FSB No. 1010884)
Richard G. Daniels (FSB No. 236896)
DANIELS, RODRIGUEZ, BERKELEY
DANIELS & CRUZ, P.A.
*Attorneys for Trilogy Engineering Services, LLC*
4000 Ponce De Leon Blvd., Ste. 800
Coral Gables, FL 33146
(305) 448-7988
dmacelloni@drbdc-law.com

*/s/ D. Jason Childress*
D. Jason Childress (MSB No. 103678)
WISE CARTER CHILD & CARAWAY, P.A.
*Attorneys for Trilogy Engineering Services, LLC*
401 E. Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, MS 39205-0651
P: 601-968-5500
F: 601-968-5593
djc@wisecarter.com

*/s/ Roy D. Campbell, III*
Roy D. Campbell, III
Simon T. Bailey
BRADLEY ARANT BOULT CUMMINGS LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39215
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
rcampbell@bradley.com
sbailey@bradley.com
*Counsel for Defendants Siemens Corporation and Siemens Industry, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 28, 2022, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

                                            Respectfully submitted,

By:    */s/ Davide Macelloni*
           Davide Macelloni, Esq. (FSB No. 1010884)