**IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION**

**PRISCILLA STERLINE, ET AL.**                                                           **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                   **DEFENDANTS**

**DEFENDANTS', CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH,
<u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

      COME NOW the City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash ("Defendants"), and move to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Complaint to December 12, 2022.

      1.     Counsel for Defendants has conferred with counsel for the Plaintiffs, who has authorized undersigned to represent that Plaintiffs do not oppose this motion for extension of time to December 12, 2022 to file a motion, answer or other response to Plaintiffs' Complaint.

      2.     This motion is made to provide Defendants adequate time to respond to the Complaint and to allow all defendants to present their respective defenses on a common schedule, if possible.  Trilogy Engineering Services, LLC and Siemens Corporation and Siemens Industry, Inc.'s current responsive-pleading deadline is December 12, 2022.

      3.     This request will not prejudice any party or delay these proceedings.  And, undersigned counsel does not anticipate requesting any further extension.

      4.     Counsel for the Plaintiffs has requested up to January 23, 2023, to oppose or otherwise respond to Defendants' motion, answer, or other response, and Defendants do not oppose said relief.

5.	Given the length and nature of this motion, Defendants request that the Court waive the customary requirement of a separate memorandum brief.

WHEREFORE PREMISES CONSIDERED, the City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash request the Court to enter an Order granting Defendants' Unopposed Motion for time to December 12, 2022 to answer or otherwise respond to the Complaint.

Respectfully Submitted, this the 5th day of December, 2022.

**THE CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH – DEFENDANTS**

By: */s/ Catoria Martin*
    Catoria Martin, MSB# 103938
    CITY ATTORNEY

OF COUNSEL:

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 5th day of December, 2022.

    */s/ Catoria Martin*
    Catoria Martin