# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br>The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC,<br>　　　　　Defendants. | Civil No.  3:22-cv-531-KHJ-MTP |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

In accordance with the extensions of the deadlines for Defendants' motions to dismiss, Plaintiffs Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett move to extend their deadlines to oppose all Defendants' motions to dismiss to January 23, 2023. This includes the motions from all three Defendants families: (1) Siemens Corporation; Siemens Industry, Inc. ("Siemens"), (2) Trilogy Engineering Services LLC ("Triology"), (3) The City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller, and Jerriot Smash ("City").

The motion is made to provide Plaintiffs with adequate time to respond to Defendants' motions to dismiss, particularly since those motions—as a result of the extensions requested by Defendants— will now not be filed until next week, which would otherwise require Plaintiff to oppose during the holiday period. *See* Dkts. 22 and 23 (seeking extensions of the deadline to respond to Plaintiffs' September 16, 2022 complaint to December 12, 2022).

Counsel for Plaintiffs conferred with counsel for all Defendants, who do not oppose this motion. *See, e.g.,* dkt. 22 at 1 (confirming that Trilogy and Siemens considered and does not oppose this extension).

Given the length and nature of this motion, Plaintiffs request that the Court waive the customary requirement of a separate memorandum brief.

Dated: December 5, 2022   Respectfully submitted,

*/s/ Robert L. Gibbs*
Robert L. Gibbs (Bar No. 4816)
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, MS 39201
Telephone: 601-487-2640
Fax: 601-366-4295
rgibbs@gibbstravis.com

Mark P. Chalos (Application for Admission *Pro Hac Vice* Forthcoming)
*Lead Counsel*
Kenneth S. Byrd (Application for Admission *Pro Hac Vice* Forthcoming)
Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615-313-9000
Facsimile: 615-313-9965
mchalos@lchb.com
kbyrd@lchb.com

Tiseme G. Zegeye (Admitted *Pro Hac Vice*)
Jacob H. Polin (Admitted *Pro Hac Vice*)
Amelia A. Haselkorn (Admitted *Pro Hac Vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000

2708110.2                                        2

Facsimile: 415-956-1008
tzegeye@lchb.com
jpolin@lchb.com
ahaselkorn@lchb.com

Stuart C. Talley (Admitted *Pro Hac Vice*)
Kershaw Talley Barlow, P.C.
401 Watt Avenue, Suite 1
Sacramento, CA 95864
Telephone: 916-779-7000
stuart@ktblegal.com

Larry Moffett (Bar No. 3401)
Law Office of Larry D. Moffett PLLC
P.O. Box 1418
39 CR 231
Oxford, MS 38655
Telephone: 662-298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I, Jacob H. Polin, declare as follows:

I am employed in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, whose address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am readily familiar with the business practices of this office. At the time of transmission I was at least eighteen years of age and not a party to this action.

On December 5, 2022, I directed that the foregoing document be filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record:

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on December 5, 2022.

/s/ *Jacob H. Polin*
Jacob H. Polin