# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **PRISCILLA STERLING, ET AL.** | ) |
| | ) |
| **PLAINTIFFS,** | ) NO: 3:22-CV-531-KHJ-MTP |
| | ) |
| V. | ) |
| | ) |
| **THE CITY OF JACKSON, MISSISSIPPI, ET AL.** | ) |
| | ) |
| **DEFENDANTS** | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Siemens Corporation moves to extend the deadline for filing a motion, answer, or other responses to the Plaintiffs' Complaint from December 12, 2022, to December 26, 2022.

Counsel for Siemens Corporation conferred with Counsel for the Plaintiffs, who does not oppose this motion.

The other Siemens entity, Siemens Industry, Inc., intends to file a motion or responsive pleading by December 12. This motion is submitted on behalf of Siemens Corporation only and is made to provide Plaintiffs and Siemens Corporation breathing space to determine whether Siemens Corporation will remain as a named Defendant. The parties are discussing that issue and require more time to complete their discussions.

Given the length and nature of this motion, Siemens Corporation requests that the Court waive the customary requirement of a separate memorandum brief.

Dated: December 9, 2022.

                         Respectfully submitted,

                         */s/ Roy D. Campbell, III*
                         Roy D. Campbell, III
                         Simon T. Bailey
                         BRADLEY ARANT BOULT CUMMINGS LLP
                         188 E. Capitol Street, Suite 1000
                         Jackson, MS 39215
                         Telephone: (601) 948-8000
                         Facsimile: (601) 948-3000
                         rcampbell@bradley.com
                         sbailey@bradley.com

                         *Counsel for Defendants Siemens Corporation and Siemens Industry, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        */s/ Roy D. Campbell, III*
                                        OF COUNSEL