IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 3:22-cv-00531-KHJ-MTP |
| THE CITY OF JACKSON, MISSISSIPPI, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT SIEMENS INDUSTRY, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Siemens Industry, Inc. ("Siemens") moves to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The bases for dismissal are described in the accompanying memorandum brief, which this motion incorporates by reference, and in the following exhibits:

– **Exhibit 1** – Performance Contracting Agreement Between City of Jackson, Mississippi, and Siemens Industry, Inc., Building Technologies Division;

– **Exhibit 2** – Plaintiff's First Amended Complaint (*City of Jackson v. Siemens Industry, et al.*; Cause No. 19-375; In the Circuit Court of the First Judicial District of Hinds County, Mississippi); and

– **Exhibit 3** –Corrected Consent Judgment (*City of Jackson v. Siemens Industry, et al.*; Cause No. 19-375; In the Circuit Court of the First Judicial District of Hinds County, Mississippi).

Respectfully submitted this 12th day of December, 2022.

        */s/ Roy D. Campbell, III*
Roy D. Campbell, III
Simon Turner Bailey
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, MS 39201
Telephone:  (601) 948-8000
Facsimile:   (601) 948-3000
rcampbell@bradley.com
sbailey@bradley.com

*Attorneys for Defendants Siemens Industry, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

        */s/ Roy D. Campbell, III*
        OF COUNSEL