# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00531-KHJ-MTP |
| ) | |
| THE CITY OF JACKSON, MISSISSIPPI, ) | |
| et al., ) | |
| ) | |
| Defendants. | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Simon Bailey of the law firm of Bradley Arant Boult Cummings LLP, hereby enters an appearance on behalf of Defendant Siemens Industry, Inc., in the above-captioned action.

Respectfully submitted this 14th day of December, 2022.

*/s/ Simon Bailey*
Simon Turner Bailey (MBN 103925)
Bradley Arant Boult Cummings LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
sbailey@bradley.com

*Attorneys for Defendants Siemens Industry, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                 */s/ Simon Bailey*
                                                  OF COUNSEL

4885-5443-5140.1