**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

**PRISCILLA STERLING, ET AL.**                                **PLAINTIFFS**

**V.**                            **CIVIL ACTION NO: 3:22-CV-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**             **DEFENDANTS**

### ENTRY OF APPEARANCE

John F. Hawkins, of the law firm Hawkins Law, P.C., hereby enters his appearance as counsel of record for Defendants, Mayor Chokwe Antar Lumumba and Robert Miller in the above-referenced action.

This the 14th day of December, 2022.

                                             **MAYOR CHOKWE ANTAR LUMUMBA and
ROBERT MILLER – DEFENDANTS**

                                             By: */s/ John F. Hawkins*
                                                     John F. Hawkins

OF COUNSEL:

John F. Hawkins, Esquire (MSB# 9556)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com

Catoria Martin, Esquire (MSB # 103938)
CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: (601) 960-1799
Facsimile: (601) 960-1756
cmartin@city.jackson.ms.us

Clarence Webster, Esquire (MSB # 102111)
Kaytie M. Pickett, Esquire (MSB # 103202)
Adam Stone, Esquire (MSB# 10412)
JONES WALKER
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 709-3344
Facsimile: (601) 949-4804
kpickett@joneswalker.com
cwebster@joneswalker.com

Terris C. Harris, Esquire (MSB # 99433)
THE COCHRAN FIRM-JACKSON, PLLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157-4359
Telephone: (601) 790-7600
Facsimile: (866) 860-3857
tharris@cochranfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 15th day of December, 2022.

*/s/ John F. Hawkins*
John F. Hawkins