UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on Behalf of all other similarly situated**     **Plaintiffs**

v.     Civil No. 3:22-cv-531-KHJ-MTP

**The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC**     **Defendants**

## ENTRY OF APPEARANCE

Adam Stone, of the law firm Jones Walker, LLP, hereby enters his appearance as counsel of record for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 15th day of December, 2022.

                   Respectfully submitted,

                   **THE CITY OF JACKSON, MISSISSIPPI**

                   By Its Attorneys,
                   Jones Walker LLP

                   */s/Adam Stone*
                     ADAM STONE

OF COUNSEL:

Clarence Webster, III (MS Bar #102111)
Kaytie M. Pickett (MS Bar #103202)
Adam Stone (MS Bar #10412)
Jones Walker LLP
190 E. Capitol St., Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com

#100837867v2

astone@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 15th day of December, 2022.

*/s/Adam Stone*
ADAM STONE

#100837867v2