UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF MISSISSIPPI NORTHERN DIVISION

**Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on Behalf of all other similarly situated**                              **PLAINTIFFS**

v.                                                      Civil No. 3:22-cv-531-KHJ-MTP

**The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC**                              **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW, Terris C. Harris and The Cochran Firm-Jackson, LLC, and hereby submit this Entry of Appearance before this Honorable Court as counsel of records for the Defendant the City of Jackson, Mississippi in the above-referenced action.

THIS, the 15th day of December 2022.

                                                Respectfully submitted
                                                **THE COCHRAN FIRM-JACKSON, LLC**

                                                BY: /s/Terris C. Harris, J.D.,LL.M.
                                                    TERRIS C. HARRIS, J.D. LL.M

OF COUNSEL:

Terris C. Harris, J.D., LL.M. (MSB #99433)
The Cochran Firm-Jackson, LLC
197 Charmant Place, Suite 2
Ridgeland, MS  39157
Email: tharris@cochranfirm.com
Telephone: 601-790-7600
Facsimile:   866-860-3857

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

     I, Terris C. Harris, one of the attorneys for Defendants, hereby certify that I have electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record

     Date: December 15, 2022.

                                          By: /s/ Terris C. Harris, J.D., LL.M.
                                                TERRIS C. HARRIS, J.D., LL.M.
                                                MSB NO.: 99433