# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, RAINE BECKER, SHAWN MILLER, AND JOHN BENNETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JERRIOT SMASH; SIEMENS CORPORATION; SIEMENS INDUSTRY, INC.; AND TRILOGY ENGINEERING SERVICES LLC.,<br><br>　　　　　　Defendants. | Civil No. 3:22-cv-531-KHJ-MTP<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SIEMENS CORPORATION** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby voluntarily dismisses their claims against Siemens Corporation (and only Siemens Corporation) without prejudice. Siemens Corporation has not served an answer or a motion for summary judgment in this action and has entered a tolling agreement with Plaintiffs concerning the claims raised in the complaint. Plaintiffs will continue to litigate against Siemens Industry, Inc. and reserves all rights as to Siemens Corporation.

Dated: December 21, 2022　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Tiseme G. Zegeye*
　　　　　　　　　　　　　　　　Tiseme G. Zegeye (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　Jacob H. Polin (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　Amelia A. Haselkorn (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　Lieff Cabraser Heimann & Bernstein, LLP
　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor

2728409.1

San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
tzegeye@lchb.com
jpolin@lchb.com
ahaselkorn@lchb.com

Mark P. Chalos (Admitted *Pro Hac Vice*)
*Lead Counsel*
Kenneth S. Byrd (Application for Admission *Pro Hac Vice* Forthcoming)
Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615-313-9000
Facsimile: 615-313-9965
mchalos@lchb.com
kbyrd@lchb.com

Robert L. Gibbs (Bar No. 4816)
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, MS 39201
Telephone: 601-487-2640
Fax: 601-366-4295
rgibbs@gibbstravis.com

Stuart C. Talley (Admitted *Pro Hac Vice*)
Kershaw Talley Barlow, P.C.
401 Watt Avenue, Suite 1
Sacramento, CA 95864
Telephone: 916-779-7000
stuart@ktblegal.com

Larry Moffett (Bar No. 3401)
Law Office of Larry D. Moffett PLLC
P.O. Box 1418
39 CR 231
Oxford, MS 38655
Telephone: 662-298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs and the Proposed Class*

2728409.1

## CERTIFICATE OF SERVICE

I, Tiseme G. Zegeye, declare as follows:

I am employed in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, whose address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action.

On December 21, 2022 I directed that the foregoing document be filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record:

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SIEMENS CORPORATION**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed on December 21, 2022.

*/s/ Tiseme G. Zegeye*
Tiseme G. Zegeye