**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated, | Case No.: 3:22-cv-531-KHJ-MTP |
|      Plaintiffs, | |
| v. | |
| The City of Jackson, Mississippi; Chowke A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriott Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services, LLC, | |
|      Defendants. | |

_____

**DEFENDANT, TRILOGY ENGINEERING SERVICES, LLC'S MOTION TO STRIKE PARAGRAPH 208 OF PLAINTIFFS' CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES WITH JURY TRIAL DEMAND**

_____

Defendant, Trilogy Engineering Services, LLC ('Trilogy"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(f) and L.U. Civ. R. 7, hereby files its Motion to Strike Paragraph 208 of Plaintiffs' Class Action Complaint for Injunctive Relief and Money Damages with Jury Trial Demand, ECF 1 (the "Complaint"), and in support thereof states as follows:

1.      This lawsuit is about alleged lead contamination in drinking water provided by the City of Jackson ("City") to its residents, including Plaintiffs. *See generally* Complaint [ECF 1]. The Complaint claims that the named Defendants – including Trilogy, Siemens Corporation, Siemens Industry, Inc., the City, and related government employees – made decisions that allegedly led to Plaintiffs' exposure to harmful levels of lead in the City's drinking water.

2.      Plaintiffs assert two Counts against Trilogy: Count V for professional negligence, and Count VI for negligence.  However, Plaintiffs' allegations against Trilogy at Paragraphs 208 of the Complaint consist of impertinent, immaterial, and scandalous matters that have no relevance nor relationship to the claims set forth against Trilogy and are highly prejudicial to Trilogy's ability to defend itself against Plaintiffs' claims and should therefore be stricken from the Complaint.

3.      In support of this Motion, Trilogy relies upon the supporting memorandum of law filed concurrently herewith.

**WHEREFORE**, Trilogy Engineering Services, LLC respectfully requests this Court to enter an Order granting Trilogy's Motion to Strike Paragraph 208 of Plaintiffs' Complaint as impertinent, immaterial, and scandalous, and for any further relief as this Court may deem just and proper.

This, the 27th day of December, 2022.

Respectfully submitted,

By:      */s/ Davide Macelloni*
         Davide Macelloni (FSB No. 1010884)
         Richard G. Daniels (FSB No. 236896)
         DANIELS, RODRIGUEZ, BERKELEY
         DANIELS & CRUZ, P.A.
         *Attorneys for Trilogy Engineering Services, LLC*
         4000 Ponce De Leon Blvd., Ste. 800
         Coral Gables, FL 33146
         (305) 448-7988
         dmacelloni@drbdc-law.com

         */s/ D. Jason Childress*
         D. Jason Childress (MSB No. 103678)
         WISE CARTER CHILD & CARAWAY, P.A.
         *Attorneys for Trilogy Engineering Services, LLC*
         401 E. Capitol Street, Suite 600 (39201)
         Post Office Box 651
         Jackson, MS 39205-0651

P: 601-968-5500
F: 601-968-5593
djc@wisecarter.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 27, 2022, I electronically filed an Appearance with the Clerk of the Court using ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

By:     */s/ Davide Macelloni*
        Davide Macelloni