IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

|  |  |
|---|---|
| **PRISCILLA STERLING, ET AL.** )<br>)<br>) | NO: 3:22-CV-531-KHJ-MTP |
| **PLAINTIFFS,** )<br>) |  |
| V. )<br>) |  |
| **THE CITY OF JACKSON, MISSISSIPPI, ET AL.** )<br>)<br>) |  |
| **DEFENDANTS** ) |  |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Siemens Industry, Inc. ("Siemens"), moves the Court to extend the deadline for Siemens to file a reply memorandum in support of its pending motion to dismiss (Doc. 26). The current deadline by Local Rule is January 30, 2023. Siemens requests a modest, one-week extension to **February 6, 2023**.

Counsel for Siemens has conferred with Counsel for the Plaintiffs, who does not oppose this motion.

The motion is made to provide Siemens adequate time to file a reply memorandum, in light of its Counsel's other professional commitments. Given the length and nature of this motion, Siemens requests that the Court waive the customary requirement of a separate memorandum brief.

Dated: January 24, 2023.

        Respectfully submitted,


        */s/ Simon Bailey*
        Roy D. Campbell, III
        Simon T. Bailey
        BRADLEY ARANT BOULT CUMMINGS LLP
        188 E. Capitol Street, Suite 1000
        Jackson, MS 39215
        Telephone: (601) 948-8000
        Facsimile: (601) 948-3000
        rcampbell@bradley.com
        sbailey@bradley.com

        *Counsel for Siemens Industry, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            */s/ Simon Bailey*
                                            OF COUNSEL