# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:22-cv-00531-KHJ-MTP |
| v. ) | |
| ) | |
| THE CITY OF JACKSON, MISSISSIPPI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SIEMENS INDUSTRY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Siemens Industry, Inc., a Delaware Corporation with a principal place of business located in Alpharetta, Georgia, files this Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1.

Defendant Siemens Industry, Inc. is wholly owned (100%) by Siemens Corporation, which is wholly owned (100%) by Siemens USA Holdings, Inc., which is wholly owned (100%) by Siemens Beteiligungen USA, GmbH (a German corporation), which is wholly owned (100%) by Siemens Beteiligungen USA Inland GmbH (a German corporation), which is wholly owned by Siemens AG (a German corporation).  Only Siemens AG is publicly traded.

Respectfully submitted,

DATED: February 3, 2023

*/s/ Roy D. Campbell, III*
*One of the Attorneys for*
*Defendant Siemens Industry, Inc.*

<u>OF COUNSEL</u>:

Roy D. Campbell, III
Simon Turner Bailey
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, MS 39201
Telephone:  (601) 948-8000
Facsimile:   (601) 948-3000
rcampbell@bradley.com
sbailey@bradley.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 3, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                        */s/ Roy D. Campbell, III*
                                           OF COUNSEL