UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PRISCILLA STERLING, et al.                                      PLAINTIFFS

V.                              CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP

THE CITY OF JACKSON, MISSISSIPPI, et al.                        DEFENDANTS

ORDER

Before the Court is Defendant Trilogy Engineering Services LLC's ("Trilogy") [36] Motion to Strike. Trilogy asks the Court to strike Paragraph 208 of the [1] Complaint: "LeBlanc held an unreported campaign fundraiser for Yarber in 2014."

Rule 12(f) of the Federal Rules of Civil Procedure empowers the court to "strike . . . any redundant, immaterial, impertinent, or scandalous matter." The Fifth Circuit has long recognized that striking a pleading is a "drastic remedy" that "should be sparingly used" and "only when required for the purposes of justice." *Augustus v. Bd. of Pub. Instruction*, 306 F.2d 862, 868 (5th Cir. 1962). Trilogy fails to convince the Court that the paragraph it seeks to strike is "redundant, immaterial, impertinent, or scandalous" such that a drastic remedy is required.

The Court has considered all arguments. Those not addressed would not have changed the outcome. Defendant Trilogy Engineering Services LLC's [36] Motion to Strike is denied.

SO ORDERED, this the 16th day of May, 2023.

                                                s/ *Kristi H. Johnson*
                                                UNITED STATES DISTRICT JUDGE