# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on Behalf of all other similarly situated | **Plaintiffs** |
| **v.** | **Civil No. 3:22-cv-531-KHJ-MTP** |
| The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC | **Defendants** |

## ENTRY OF APPEARANCE

Abbey Adcock Reeves, of the law firm Jones Walker, LLP, hereby enters her appearance as counsel of record for Defendant The City of Jackson, Mississippi in the above-referenced action.

This, the 23rd day of May, 2023.

Respectfully submitted,

**THE CITY OF JACKSON, MISSISSIPPI**

By Its Attorneys,
Jones Walker LLP

*/s/Abbey Adcock Reeves*
ABBEY ADCOCK REEVES

OF COUNSEL:

Clarence Webster, III (MS Bar #102111)
Kaytie M. Pickett (MS Bar #103202)
Adam Stone (MS Bar #10412)
Abbey Adcock Reeves (MS Bar #105720)
Jones Walker LLP
190 E. Capitol St., Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com

1

#101336406v1

kpickett@joneswalker.com
astone@joneswalker.com
areeves@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing pleading or other

papers with the clerk of the court using the ECF system which sent notification of such filing to

all counsel of record.

Submitted this the 23rd day of May, 2023.

/s/ Abbey Adcock Reeves
ABBEY ADCOCK REEVES

2