# EXHIBIT 6



# Civil Enforcement Case Report

## Civil Enforcement Case

**Basic Information**

**Case Number:** 04-2020-2300
**Case Name:** JACKSON, MS, CITY OF
**Case Category:** Administrative - Formal
**Case Status (as of 03/27/2020):** Final Order Issued
**Case Lead:** EPA
**Court Docket Number:** SDWA-04-2020-2300
**DOJ Docket Number:** --

**Relief Sought:** --
**Enforcement Outcome:** Unilateral Administrative Order Without Adjudication
**Headquarters Division:** --
**Branch:** --
**Result of Voluntary Disclosure?** No
**Multi-media Case?** --
**Enforcement Type:** SDWA 1431 AO For Imm. Hazard
**Violations:** PWS Monitoring/Reporting, PWS Notification To Public, PWS Sampling & Analyzing, Record Keeping Violations, Violation Of Surface Water Treatment Rule

**Penalties – Case Level**

**Total Federal Penalty Assessed or Agreed To:** $0
**Total State/Local Penalty Assessed:** $0
**Total SEP Cost:** $0
**Total Compliance Action Cost:** $500,000
**Total Cost Recovery:** $0

**Case Summary**

3/27/2020 - EMERGENCY ADMINISTRATIVE ORDER ISSUED. Based on observations made by the EPA during its inspection conducted the week of February 3, 2020, and review of the documents provided by Respondent in response to the EPA 's request for information issued pursuant to its authority under section 1445 of the SDW A, 42 U.S.C. ? 300j-4, the EPA has determined that conditions exist at the System that present an imminent and substantial endangerment to the persons served by the System. Based on evidence of turbidity exceedances, disinfection treatment concerns, and/or the condition of the distribution system, the Syste m has the potential to have the presence of E. Coli, Cryptosporidium, or Giardia in the drinking water being served to its customers.Therefore, pursuant to section 1431 of the SOWA, 42 U.S.C. ? 300i, the EPA is authorized to take actions necessary to protect human health. The Order and its requirements are necessary to ensure adequate protection of public health.The enclosed Order sets forth the actions that must be taken to ensure that the people served by the System are provided with safe drinking water. The Order requires the System to, among other things:(1) develop and implement a plan to address all monitoring equipment and appurtenant treatment equipment repairs and/or replacements; (2) address dosing processes for disinfection and pH control;(3)develop and implement a plan to provide alternative drinking water when specific triggers are met; and (4) take additional total coliform bacteria samples under prescribed cond itions.

**Laws and Sections**

| Law | Sections | Programs |
|---|---|---|
| SDWA | 1431-PWS | Emergency Powers/PWS |

**Citations**

| Title | Part | Section |
|---|---|---|
| No data records returned | | |

**Facilities**

| FRS Number | Facility Name | Address | City Name | State | Zip | SIC Codes | NAIC Codes |
|---|---|---|---|---|---|---|---|

| FRS Number | Facility Name | Address | City Name | State | Zip | SIC Codes | NAIC Codes |
|---|---|---|---|---|---|---|---|
| 110000574691 | CITY OF JACKSON, MISSISSIPPI | 2302 LAUREL STREET | JACKSON | MS | 39202 | -- | -- |
| 110013008501 | CITY OF JACKSON | -- | JACKSON | MS | -- | -- | -- |

## Defendants

| Defendants and Settlements | In Complaint | In Settlement |
|---|---|---|
| JACKSON, MS, CITY OF | N | Y |

## Related Case Documents

| Document | Facility Name | Publish Date | EPA Program |
|---|---|---|---|
| No data records returned | | | |

## Case Milestones

| Event | Actual Date |
|---|---|
| Final Order Issued | 03/27/2020 |
| Enforcement Action Data Entered | 04/13/2020 |

## Pollutants

| Pollutant Name | Chemical Abstract Number |
|---|---|
| No data records returned | |

## Related Activities

| Description | Actual Date |
|---|---|
| Administrative - Formal | -- |
| Case File | -- |

# Final Order 1

**Final Order Type:** Administrative Compliance Orders
**Final Order Name:** JACKSON, MS, CITY OF
**Linked Facilities (FRS ID):** 110000574691, 110013008501
**Final Order Lodged Date:** --
**Final Order Entered Date:** 03/27/2020
**Enforcement Action Closed Date:** --
**Actual Termination Date:** --

**Penalties/SEPs/Cost Recovery Amounts**

**Federal Penalty Assessed or Agreed To:** $0
**State/Local Penalty Assessed:** --
**SEP Value:** --
**Compliance Action Cost:** $500,000
**Federal Cost Recovery Awarded:** $0

### Complying Actions

| Complying Action ID | Category | Description |
|---|---|---|
| 3600040709 | Work Practices | Record-keeping |
| 3600040710 | Work Practices | Testing/Sampling |
| 3600040711 | Work Practices | Reporting |
| 3600040712 | Work Practices | Monitoring |
| 3600040713 | Work Practices | Planning |
| 3600040714 | Work Practices | Notification |

### Supplemental Environmental Projects

| SEP ID | Category | SEP Value | Description |
|---|---|---|---|
| No data records returned | | | |

**Estimated Pollutant Reductions**

| Resulting From | Pollutant | Estimated Annual Amount | Units | Media Affected |
|---|---|---|---|---|
| | | No data records returned | | |

**NPDES Compliance Schedule**

| Schedule Number | Facility ID(s) | NPDES ID(s) | Event | Schedule Date | Actual Date | Amount |
|---|---|---|---|---|---|---|
| | | | No data records returned | | | |

**Facilities**

| FRS Number | Facility Name | Address | City Name | State | Zip | SIC Codes | NAICS Codes |
|---|---|---|---|---|---|---|---|
| 110000574691 | CITY OF JACKSON, MISSISSIPPI | 2302 LAUREL STREET | JACKSON | MS | 39202 | -- | -- |
| 110013008501 | CITY OF JACKSON | -- | JACKSON | MS | -- | -- | -- |