# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF JACKSON, MISSISSIPPI, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:22-cv-00531-KHJ-MTP |

**DEFENDANT SIEMENS INDUSTRY, INC.'S**
**UNOPPOSED MOTION TO ENTER ORDER OF DISMISSAL**

Defendant Siemens Industry, Inc. ("Siemens") moves the Court to enter an order (i) dismissing all claims asserted against Siemens in this action and (ii) directing entry of final judgment as to those claims. The bases for this motion are set forth in an accompanying memorandum brief, which Siemens incorporates by reference. Counsel for Siemens has conferred with Counsel for Plaintiffs, who does not oppose the relief sought.

Respectfully submitted this 30th day of June, 2023.

/s/ Simon Bailey
Roy D. Campbell, III
Simon Turner Bailey
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, MS 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
rcampbell@bradley.com
sbailey@bradley.com

*Attorneys for Defendants Siemens Industry, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                              */s/ Simon Bailey*
                              OF COUNSEL

4855-9330-2380.1