UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PRISCILLA STERLING, et al.                                                                PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP

THE CITY OF JACKSON, MISSISSIPPI, et al.                                  DEFENDANTS

FINAL JUDGMENT

Previously before the Court was Defendant Siemens Industry, Inc.'s ("Siemens") [26] Motion to Dismiss. The Court denied the motion without prejudice, granted Plaintiffs leave to file an Amended Complaint, and stated that if "no Amended Complaint is filed, Siemens will be dismissed." [49] at 7. No Amended Complaint was filed against Siemens. Accordingly, the Court GRANTS Defendant Siemens Industry, Inc.'s Unopposed [61] Motion for Order of Dismissal and ORDERS that all claims asserted in this action against Siemens are hereby DISMISSED.

The Court also finds that this action presents more than one claim for relief and involves multiple parties, and the Court expressly determines that there is no just reason for delay in directing entry of final judgment as to all claims asserted against Siemens. Pursuant to Federal Rule of Civil Procedure 54(b), the Court directs and ORDERS that a FINAL JUDGMENT is hereby entered as to the claims asserted against Siemens.

SO ORDERED, this the 3rd day of July, 2023.

                                              s/ *Kristi H. Johnson*
                                              UNITED STATES DISTRICT JUDGE