**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated** | **Plaintiffs** |
| **v.** | **Civil No. 3:22-cv-531-KHJ-MTP** |
| **The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC** | **Defendants** |

**CITY OF JACKSON'S MOTION FOR JUDGMENT ON**
**THE PLEADINGS TO DISMISS THE AMENDED CLASS ACTION**
<u>**COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES**</u>

The City of Jackson, through counsel and pursuant to Federal Rule of Civil Procedure 12(c), files this Motion for Judgment on the Pleadings, seeking dismissal of Counts I and II of Plaintiffs' Amended Class Action Complaint for Injunctive Relief and Money Damages with Jury Trial Demand [Doc. 57]. In support of the requested relief, the City states:

1.     In the Complaint, Plaintiffs assert claims against the City for: (1) Count I: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – Bodily Integrity; and (2) Count II: 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process – State Created Danger. *See id.* at 77-81.

2.     Those claims fail to state a claim upon which relief may be granted against the City.

3.     Plaintiffs have not alleged state-actor coercion, and therefore, no violation of bodily integrity.

4.     The Fifth Circuit does not recognize a state-created-danger theory of liability.

1

5.      Accordingly, and for the reasons more fully set forth in its accompanying

Memorandum in Support, the City requests dismissal of Counts I and II.

RESPECTFULLY SUBMITTED, this the 14th day of July, 2023.

*/s/ Clarence Webster, III*
CLARENCE WEBSTER, III

Clarence Webster, III (MSB #102111)
Kaytie M. Pickett (MSB #103202)
Adam Stone (MSB #10412)
Abbey Reeves (MSB #105720)
JONES WALKER LLP
190 E. Capitol Street, Suite 800
Jackson, MS 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
cwebster@joneswalker.com
kpickett@joneswalker.com
astone@joneswalker.com
areeves@joneswalker.com
*Counsel for the City of Jackson*

#101488200v2

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

/s/ Clarence Webster, III
CLARENCE WEBSTER, III

3

#101488200v2