

### Licensee Details

**Name:** Mr. Phillip West Gibson
**Address:** 125 South Congress Street, Suite 1100
Jackson MS 39201
**County:** Hinds
**Phone:** 601-594-1545
**Employer:** Neel-Schaffer, Inc.

**License Type:** Professional Engineer
**License Number:** 12608
**Expires on:** 12/31/2022



© Copyright 2022 Mississippi Board of Licensure for Professional Engineers and Surveyors.
Mississippi Department of Information Technology Services. All Rights Reserved.
Board of Engineers and Surveyors Website Disclaimer
Many documents provided within this website are in Adobe Acrobat PDF format.
http://www.adobe.com/products/acrobat/readstep.html

