IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PRISCILLA STERLING, ET AL.**                                                      **PLAINTIFFS**

**v.**                                         **CIVIL ACTION NO. 3:22-cv-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                       **DEFENDANTS**

**ORDER**

THIS MATTER is before the Court on the Motions to Stay [78] [79] [80] [81] filed by Defendants Chokwe Lumumba, Tony Yarber, Kishia Powell, Robert Miller, and Jerriot Smash. On July 14, 2023, these Defendants filed Motions for Judgment on the Pleadings [66] [68] [72] [74] [75], arguing that they are entitled to qualified immunity.

On the same day the Motions for Judgment on the Pleadings were filed, Defendants filed the instant Motions to Stay. Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that the Motions to Stay [78] [79] [80] [81] are granted, all discovery and disclosure requirements are stayed pursuant to the Local Rules, and the Zoom case management conference set for August 11, 2023, is hereby cancelled.

IT IS FURTHER ORDERED that counsel for Plaintiffs shall promptly notify the Magistrate Judge of the decisions on the Motions for Judgment on the Pleadings [66] [68] [72]

1

[74] [75] and shall submit a proposed order lifting the stay within seven (7) days of the rulings, if appropriate.

    SO ORDERED this the 18th day of July, 2023.

s/Michael T. Parker  
UNITED STATES MAGISTRATE JUDGE
