UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA STERLING, RAINE BECKER, SHAWN MILLER, AND JOHN BENNETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:22-cv-00531-KHJ-MTP |
| THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JERRIOT SMASH; SIEMENS CORPOARTION; SIEMENS INDUSTRY, INC.; AND TRILOGY ENGINEERING SERVICES, LLC. | DEFENDANTS |

ENTRY OF APPEARANCE

COMES NOW Drew M. Martin and files this, his Entry of Appearance, in the above-styled and numbered cause, as one of the counsel for the City of Jackson, Mississippi.

DATED: August 29, 2023.

Respectfully Submitted on Behalf of
Defendant City of Jackson, Mississippi,

  /s/ Drew M. Martin
Drew M. Martin, MBN 101045

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile

CERTIFICATE OF SERVICE

      I certify that on the date indicated below I electronically filed the foregoing document via the Court's electronic filing system, which sent notification to all counsel of record.

    DATED: August 29, 2023.

                                                                      */s/ Drew M. Martin*