## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services LLC,<br><br>        Defendants. | Civil No. 3:22-cv-00531-KHJ-MTP |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(b)(3), Plaintiffs move the Court for entry of an Order allowing the withdrawal of Kenneth S. Byrd as counsel of record of their behalf.

This withdrawal is ministerial and Plaintiffs will remain more than adequately represented. Kenneth S. Byrd is a partner at Lieff Cabraser Heimann & Bernstein, LLP. Four other attorneys from Lieff Cabraser Heimann & Bernstein, LLP have appeared in this matter, including lead counsel Mark Chalos. Plaintiffs are also represented by attorneys from three other law firms, two of which are

based in Mississippi: Gibbs Travis PLLC, Law Office of Larry D. Moffett PLLC, and Kershaw Talley Barlow, P.C.

All other attorneys of record from Lieff Cabraser Heimann & Bernstein, LLP, and co-counsel, will continue to represent Plaintiffs and the proposed class in this matter. Accordingly, this withdrawal will not delay the disposition of the case or prejudice any party.

Dated: September 20, 2023       */s/ Mark P. Chalos*

Mark P. Chalos (Admitted *Pro Hac Vice*)
*Lead Counsel*
Kenneth S. Byrd
Lieff Cabraser Heimann & Bernstein, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201-2379
Telephone: 615-313-9000
Facsimile: 615-313-9965
mchalos@lchb.com
kbyrd@lchb.com

Tiseme G. Zegeye (Admitted Pro Hac Vice)
Jacob H. Polin (Admitted Pro Hac Vice)
Amelia A. Haselkorn (Admitted Pro Hac Vice)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
tzegeye@lchb.com
jpolin@lchb.com
ahaselkorn@lchb.com

Robert L. Gibbs (Bar No. 4816)
Gibbs Travis PLLC

210 East Capitol Street, Suite 1801
Jackson, MS 39201
Telephone: 601-487-2640
Fax: 601-366-4295
rgibbs@gibbstravis.com


Stuart C. Talley (Admitted *Pro Hac Vice*)
Kershaw Talley Barlow, P.C.
401 Watt Avenue, Suite 1
Sacramento, CA 95864
Telephone: 916-779-7000
stuart@ktblegal.com

Larry Moffett (Bar No. 3401)
Law Office of Larry D. Moffett PLLC
P.O. Box 1418
39 CR 231
Oxford, MS 38655
Telephone: 662-298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

Kenneth S. Byrd's motion to withdraw as counsel of record is granted.


Dated: September ___, 2023

_____

U.S. Magistrate Judge Michael T. Parker

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of this Motion will be filed electronically on the undersigned date, thereby providing provide notice of the motion to all parties who have appeared in this case.

Dated: September 20, 2023                                   /s/ Mark P. Chalos
                                                            Mark P. Chalos (Admitted *Pro Hac Vice*)
                                                            Lieff Cabraser Heimann & Bernstein, LLP