**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**STERLING ET AL.**                                                           **PLAINTIFF**

**V.**                                                    **CAUSE NO.: 3:22-cv-531-KHJ-MTP**

**CITY OF JACKSON, MISSISSIPPI ET AL.**                     **DEFENDANT**

**MOTION TO WITHDRAW**

**COME NOW,** the undersigned, Catoria Parker Martin, and the Defendant, City of Jackson, Mississippi, and file this *Motion to Withdraw*, and in support thereof would show unto this Honorable Court, as follows:

1. Catoria Parker Martin is resigning as City Attorney for the City of Jackson, Mississippi effective January 12, 2024.

2. Catoria Parker Martin has entered an appearance in this matter on behalf of the Defendant, City of Jackson. The City of Jackson is also represented by additional counsel at the Office of the City Attorney in Jackson, Mississippi.

3. As a result, movant requests that the Court allow her to withdraw as Counsel of Record in this case.

4. The City of Jackson has no objection to the instant *Motion to Withdraw,* and allowing Catoria Parker Martin to withdraw as Counsel of Record in this matter will not prejudice any party.

5. Movant is serving this *Motion to Withdraw* on all parties' Counsels of Record, as evidenced by the Certificate of Service recited below.

**WHEREFORE, PREMISES CONSIDERED,** Movants prays that this Court will enter its Order authorizing the withdrawal of Catoria Parker Martin in this cause as Counsel of Record for the City of Jackson.

Respectfully submitted, this the 12th day of January, 2024.

        CITY OF JACKSON, MISSISSIPPI

        By: /s/ Catoria Parker Martin
        CATORIA PARKER MARTIN, MSB#103938
        CITY ATTORNEY

OF COUNSEL:

OFFICE OF THE CITY ATTORNEY
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601/960-1799 (office)
601/960-1756 (facsimile)

### CERTIFICATE OF SERVICE

I, Catoria Parker Martin, do hereby certify that I have this day served a true and correct copy via the Court's electronic filing services of the above and foregoing Motion to Withdraw on all counsel of record.

Submitted this the 12th day of January, 2024.

        /s/ Catoria Parker Martin
        CATORIA PARKER MARTIN