IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STERLING ET AL.**                                                                                                          **PLAINTIFF**

**V.**                                                                            **CAUSE NO.: 3:22-cv-531-KHJ-MTP**

**CITY OF JACKSON, MISSISSIPPI ET AL.**                                          **DEFENDANT**

## ORDER

THIS COURT, having considered the above-listed and numbered cause, and having considered the *Motion to Withdraw* finds that Catoria Parker Martin has resigned as City Attorney for the City of Jackson effective January 12, 2024. All counsel of record has been notified of Counsel's intent to withdraw from the instant action, and no objection has been made to the *Motion to Withdraw*. This Court further finds that the City of Jackson continues to be represented by the Office of the City Attorney. Allowing Counsel to withdraw from this matter will neither delay the resolution of this matter nor prejudice any party.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** Catoria Parker Martin is hereby permitted to withdraw as Counsel of Record in the instant matter.

SO ORDERED, this the _____ day of _____, 2024.