THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all other similarly situated. | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:22-cv-531 |
| The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services, LLC. | DEFENDANTS |

ENTRY OF APPEARANCE

COMES NOW Drew M. Martin and files this, his Entry of Appearance, in the above-styled and numbered cause, as one of the counsel for the City of Jackson, Mississippi.

DATED:  February 12, 2024.

Respectfully Submitted on Behalf of Defendant City of Jackson, Mississippi,

 /s/ Drew M. Martin
Drew M. Martin, MBN 101045

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile

CERTIFICATE OF SERVICE

I certify that on the date indicated below I electronically filed the foregoing document via the Court's electronic filing system, which sent notification to all counsel of record.

DATED: February 12, 2024.

/s/ Drew M. Martin