THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION

**Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all other similarly situated.**          **PLAINTIFFS**

**VS.**          **CIVIL ACTION NO.: 3:22-cv-531**

**The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services, LLC.**          **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW**, Sheridan A. Carr, Deputy City Attorney, and enters her appearance, as one of the attorneys for the City of Jackson, Mississippi in the above-styled and numbered civil action.

**RESPECTFULLY** submitted this the 12th day of February 2024.

         **CITY OF JACKSON, MISSISSIPPI**

         By: /s/ Sheridan A. Carr
         Sheridan A. Carr, MSB #106276
         DEPUTY CITY ATTORNEY

**OF COUNSEL:**

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
Telephone: 601-960-1799
Facsimile: 601-960-1756
*Attorneys for the City of Jackson*

## **CERTIFICATE OF SERVICE**

I, Sheridan A. Carr, one of the attorneys for the City of Jackson, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing Notice of Appearance to all counsel of record.

So certified, this the 12th day of February 2024.

/s/ Sheridan A. Carr
Sheridan A. Carr