THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON-NORTHERN DIVISION

**Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all other similarly situated.**  PLAINTIFFS

VS.  CIVIL ACTION NO.: 3:22-cv-531

**The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; Siemens Corporation; Siemens Industry, Inc.; and Trilogy Engineering Services, LLC.**  DEFENDANTS

### MOTION TO WITHDRAW

**COME NOW,** the Defendant, City of Jackson, Mississippi, and files this *Motion to Withdraw* for Attorney Claire Barker, and in support thereof would show unto this Honorable Court the following:

1. Claire Barker previously entered her appearance for the City of Jackson, Mississippi, in her role as an attorney for the Office of the City Attorney.

2. Ms. Barker no longer works for this office. The City has continued to be represented by other counsel through the Office of the City Attorney.

3. Movant requests that the Court enter an Order allowing the withdrawal of Ms. Barker in this case.

4. Ms. Barker's withdrawal will not delay this matter nor prejudice any party.

**WHEREFORE, PREMISES CONSIDERED,** the City of Jackson respectfully requests the entry of an Order authorizing the withdrawal of Claire Barker in this cause.

RESPECTFULLY SUBMITTED, this the 12th day of February, 2024.

                        **CITY OF JACKSON, MISSISSIPPI**

                By:    */s/Drew M. Martin*
                        Drew M. Martin, MSB # 101045
                        City Attorney

**OFFICE OF THE CITY ATTORNEY**
455 East Capitol Street
Post Office Box 2779
Jackson, Mississippi 39207-2779
601-960-1799 (office)
601-960-1756 (facsimile)

## CERTIFICATE OF SERVICE

I, Drew M. Martin, one of the attorneys for the Defendant, do hereby certify that I have served this day via Electronic Filing, a true and correct copy of the above and foregoing *Motion to Withdraw* to all counsel of record.

Submitted this the 12th day of February, 2024.

                        */s/Drew M. Martin*
                        Drew M. Martin