# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON-NORTHERN DIVISION

**PRISCILLA STERLING, ET AL.**                                                     **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

**DEFENDANTS', CITY OF JACKSON, MISSISSIPPI, CHOKWE A. LUMUMBA, TONY YARBER, KISHIA POWELL, ROBERT MILLER AND JERRIOT SMASH, UNOPPOSED MOTION FOR EXTENSION OF TIME**

COME NOW the City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash ("Defendants"), and respectfully move to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Second Amended Complaint to March 14, 2024.

1. Counsel for Defendants has conferred with counsel for the Plaintiffs, who has authorized undersigned to represent that Plaintiffs do not oppose this motion for extension of time to March 14, 2024, to file a motion, answer or other response to Plaintiffs' Second Amended Complaint.

2. This motion is made to provide Defendants adequate time to respond to the Second Amended Complaint in light of counsel's pending obligations in other litigation, including an upcoming trial.

3. This request will not prejudice any party or delay these proceedings. And, undersigned counsel does not anticipate requesting any further extension.

4. Given the length and nature of this motion, Defendants request that the Court waive the customary requirement of a separate memorandum brief.

#102115558v1

WHEREFORE PREMISES CONSIDERED, the City of Jackson, Mississippi, Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller and Jerriot Smash request that the Court enter an Order granting Defendants' Unopposed Motion for time to March 14, 2024, to answer or otherwise respond to the Second Amended Complaint.

RESPECTFULLY SUBMITTED, this the 4th day of March, 2024.

                                            */s/ Clarence Webster, III*  
                                            CLARENCE WEBSTER, III

Clarence Webster, III (MSB #102111)  
Kaytie M. Pickett (MSB #103202)  
Adam Stone (MSB #10412)  
JONES WALKER LLP  
3100 North State Street, Suite 300  
Jackson, MS 39216  
Telephone: (601) 949-4900  
Facsimile: (601) 949-4804  
cwebster@joneswalker.com  
kpickett@joneswalker.com  
astone@joneswalker.com  
*Counsel for the City of Jackson*

                                            */s/ Terris C. Harris*  
                                            TERRIS C. HARRIS

Terris C. Harris (MSB #99433)  
THE COCHRAN FIRM-JACKSON, LLC  
197 Charmant Place, Suite 2  
Ridgeland, MS 39157  
Telephone: (601) 790-7600  
tharris@cochranfirm.com  
*Counsel for Tony Yarber, Kishia Powell and Jerriot Smash*

                                            */s/ John F. Hawkins*  
                                            JOHN F. HAWKINS

John F. Hawkins (MSB #9556)  
HAWKINS LAW, P.C.  
226 North President Street (39201)

Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com
*Counsel for Mayor Chokwe A.*
*Lumumba and Robert Miller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing pleading or other papers with the clerk of the court using the ECF system which sent notification of such filing to all counsel of record.

Submitted this the 4th day of March, 2024.

*/s/ Clarence Webster, III*
CLARENCE WEBSTER, III