**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated | Case No.: 3:22-cv-531-KHJ-MTP |
| Plaintiffs, | |
| v. | |
| The City of Jackson, Mississippi et al., | |
| Defendants. | |

_____

### DEFENDANT, TRILOGY ENGINEERING SERVICES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME
_____

Defendant Trilogy Engineering Services, LLC ("Trilogy"), by and through undersigned counsel, moves to extend the deadline for filing a motion, answer, or other response to Plaintiffs' Second Amended Class Action Complaint for Injunctive Relief and Money Damages with Jury Trial Demand (the "Complaint") from March 14, 2024, to March 22, 2024.

1. Counsel for Trilogy conferred with Counsel for the Plaintiffs, who does not oppose this motion.

2. The motion is made to provide Trilogy adequate time to respond to the Complaint and for Defendants to present their respective defenses on a common schedule, if possible.

3. This request will not prejudice any party or delay these proceedings. And, undersigned counsel does not anticipate requesting any further extensions.

4. Given the length and nature of this motion, Trilogy requests that the Court waive the customary requirement of a separate memorandum brief.

Dated: March 14, 2024

                                                Respectfully submitted,

By:    */s/ Davide Macelloni*
        Davide Macelloni (FSB No. 1010884)
        DANIELS, RODRIGUEZ, BERKELEY
        DANIELS & CRUZ, P.A.
        *Attorneys for Trilogy Engineering Services, LLC*
        4000 Ponce De Leon Blvd., Ste. 800
        Coral Gables, FL 33146
        (305) 448-7988
        dmacelloni@drbdc-law.com

        */s/ D. Jason Childress*
        D. Jason Childress (MSB No. 103678)
        FLETCHER & SIPPEL LLC.
        *Attorneys for Trilogy Engineering Services, LLC*
        4400 Old Canton Road, Suite 220
        Jackson, Mississippi 39211-5982
        Tel: (601) 414-6010
        jchildress@fletcher-sippel.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 14, 2024, the foregoing document was filed via the U.S. District Court's CM/ECF electronic system and a copy thereof was served upon all counsel of record.

                                                Respectfully submitted,

By:    */s/ Davide Macelloni*
        Davide Macelloni, Esq. (FSB No. 1010884)