UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PRISCILLA STERLING, et al.                                          PLAINTIFFS

V.                              CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP

THE CITY OF JACKSON, MISSISSIPPI, et al.                  DEFENDANTS

ORDER

On June 11, 2024, the Court dismissed with prejudice all claims against Defendants Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller, and Jerriot Smash. *See* Order [118] at 25; *see also* Order [97] at 26–27. The Court also dismissed with prejudice Plaintiffs' bodily-integrity and state-created-danger claims against Defendant the City of Jackson, Mississippi (the "City"). [118] at 25. After that [118] Order, the following state-law claims remained: (1) negligence against the City, (2) negligence against Defendant Trilogy Engineering Services LLC ("Trilogy"), and (3) professional negligence against Trilogy. *Id.* at 23.

In its [118] Order, the Court explained that it declined to exercise supplemental jurisdiction over these claims. *Id.* at 24. But in light of Plaintiffs' allegation that the Court had original jurisdiction under the Class Action Fairness Act, the Court granted Plaintiffs until June 18, 2024, to submit briefing explaining whether and why that was so. *See id.* at 23–24. The Court explained that it would dismiss those claims without prejudice if Plaintiffs declined to do so. *Id.* Plaintiffs

did not submit briefing or otherwise explain why the Court has original jurisdiction over the state-law claims.

Accordingly, the Court DISMISSES those claims without prejudice. A final judgment shall issue.

SO ORDERED, this 20th day of June, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
