UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PRISCILLA STERLING, et al.                                        PLAINTIFFS

V.                              CIVIL ACTION NO. 3:22-CV-531-KHJ-MTP

THE CITY OF JACKSON, MISSISSIPPI, et al.               DEFENDANTS

FINAL JUDGMENT

For the reasons stated in the Court's [97] and [118] Orders, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants.[1]

The Court dismisses all claims against Defendants Chokwe A. Lumumba, Tony Yarber, Kishia Powell, Robert Miller, and Jerriot Smash with prejudice. The Court dismisses the bodily-integrity and state-created-danger claims against the Defendant the City of Jackson, Mississippi (the "City") with prejudice; and dismisses the negligence claim against the City without prejudice. The Court dismisses the negligence and professional negligence claims against Defendant Trilogy Engineering Services LLC without prejudice. This case is closed.

SO ORDERED, this 20th day of June, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

---

[1] As for other named Defendants, Plaintiffs voluntarily dismissed their claims against Siemens Corporation. *See* [35]. And the Court previously entered partial final judgment for Defendant Siemens Industry, Inc. *See* [63].