# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| Priscilla Sterling, Raine Becker, Shawn Miller, and John Bennett, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>The City of Jackson, Mississippi; Chokwe A. Lumumba; Tony Yarber; Kishia Powell; Robert Miller; Jerriot Smash; and Trilogy Engineering Services LLC,<br><br>   Defendants. | Civil No. 3:22-cv-00531-KHJ-MTP |

## NOTICE OF APPEAL

All Plaintiffs in the above captioned case appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Final Judgment [ECF 120] of June 20, 2024, entered by United States District Judge Kristi H. Johnson, dismissing all Plaintiffs' claims for the reasons stated in the Court's [ECF 97] and [ECF 118] Orders.

Dated: July 19, 2024     */s/ Mark P. Chalos*
                Mark P. Chalos (*Pro Hac Vice*)
                *Lead Counsel*
                Lieff Cabraser Heimann & Bernstein, LLP
                222 2nd Avenue South, Suite 1640
                Nashville, TN 37201-2379
                Telephone: 615-313-9000
                Facsimile: 615-313-9965
                mchalos@lchb.com

3052662.1

Robert L. Gibbs (Bar No. 4816)
Gibbs Travis PLLC
210 East Capitol Street, Suite 1801
Jackson, MS 39201
Telephone: 601-487-2640
Fax: 601-366-4295
rgibbs@gibbstravis.com

Tiseme G. Zegeye (*Pro Hac Vice*)
Amelia A. Haselkorn (*Pro Hac Vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
tzegeye@lchb.com
ahaselkorn@lchb.com

Stuart C. Talley (*Pro Hac Vice*)
Kershaw Talley Barlow, P.C.
401 Watt Avenue, Suite 1
Sacramento, CA 95864
Telephone: 916-779-7000
stuart@ktblegal.com

Larry Moffett (Bar No. 3401)
Law Office of Larry D. Moffett PLLC
P.O. Box 1418
39 CR 231
Oxford, MS 38655
Telephone: 662-298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which served a copy of the foregoing on all counsel of record.

                                          */s/ Amelia A. Haselkorn*
                                            Amelia A. Haselkorn