# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60370   Sterling v. City of Jackson  
                USDC No. 3:22-CV-531

The court has granted an extension of time to and including November 26, 2024 for filing appellee's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca Andry, Deputy Clerk  
504-310-7638

Mr. Sheridan A. Carr  
Mr. Mark P. Chalos  
Mr. Dennis Jason Childress  
Mr. Jeremy Daniels  
Mr. Jack Robert Davis  
Mr. Robert Lewis Gibbs  
Mr. Terris Caton Harris  
Mr. John Frederick Hawkins  
Mr. Arthur S. Johnston III  
Mr. Davide Macelloni  
Mr. Drew McLemore Martin  
Mr. Larry D. Moffett  
Ms. Kaytie Michelle Pickett  
Ms. Abbey Adcock Reeves  
Mr. Dakota James Stephens  
Mr. Adam Stone  
Mr. Stuart Talley  
Mr. Clarence Webster III  
Mr. Tiseme G. Zegeye