# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-60370

---

PRISCILLA STERLING, *individually and on behalf of all others similarly situated*; RAINE BECKER, *individually and on behalf of all others similarly situated*; SHAWN MILLER, *individually and on behalf of all others similarly situated*; JOHN BENNETT,

*Plaintiffs—Appellants*,

*versus*

THE CITY OF JACKSON, MISSISSIPPI; CHOKWE A. LUMUMBA; TONY YARBER; KISHIA POWELL; ROBERT MILLER; JERRIOT SMASH; TRILOGY ENGINEERING SERVICES, L.L.C.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-531

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals

No. 24-60370

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT