# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PRISCILLA STERLING, ET AL.**                                                                      **PLAINTIFFS**

**v.**                                              **CIVIL ACTION NO. 3:22-cv-531-KHJ-MTP**

**THE CITY OF JACKSON, MISSISSIPPI, ET AL.**                       **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Withdraw [125] filed by Robert Gibbs, counsel for Plaintiffs. Gibbs seeks to withdraw as counsel for Plaintiffs. However, Plaintiffs are represented by five pro hac vice counsel, and Gibbs is the sponsoring, resident attorney who certified that he agrees to the association with pro hac vice counsel. *See* Pro Hac Vice Applications [3] [4] [5] [6] [7].

Local Rule 83.1 provides: "The resident attorney remains responsible to the client and responsible for the conduct of the proceeding before the court." L.U. Civ. P. 83.1(d)(3). The Local Rule also requires the resident attorney's signature certifying his agreement to the association. L.U. Civ. P. 83.1(d)(K).

Another resident attorney represents Plaintiffs in this action, but he has not certified his agreement to act as the sponsoring, resident attorney. *See* Notice of Appearance [12]. Without a sponsoring attorney, pro hac vice counsel's admission may be revoked. Thus, the Court will grant Plaintiffs and their pro hac vice counsel an opportunity to address this issue before ruling on the Motion [125].

IT IS, THEREFORE, ORDERED that:

1. On or before January 6, 2026, Plaintiff shall file a response to this order and address the Motion to Withdraw [125] and the admission status of their pro hac vice counsel, or

1

2. In the alternative, on or before January 6, 2026, other resident counsel shall certify his agreement to associate with Plaintiffs' pro hac vice counsel.

SO ORDERED this the 23rd day of December, 2025.

                                                 s/Michael T. Parker
                                                 UNITED STATES MAGISTRATE JUDGE